Opinion issued September 27, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00224-CV

____________


THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT
HOUSTON, Appellant


V.


ROBERT V. BEASON AND LORI K. BEASON, INDIVIDUALLY AND
LORI K. BEASON A/N/F OF ROBERT C.T. BEASON, A MINOR, Appellees






On Appeal from the 113th District Court

Harris County, Texas

Trial Court Cause No. 2006-11105






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss their appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Bland.